J. Leah Castella (CA SBN 205990)
E-mail: lcastella@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants
SPECTOCOR, LLC and AMI MONITORING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEST MEDIA & SUPPLIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMI MONITORING, INC. dba SPECTOCOR; SPECTOCOR LLC; and DOES 1 TO 20,<br><br>Defendant. | Case No. 2:16-CV-02759-WBS-KJN<br><br>**DEFENDANTS' STATEMENT OF CORPORATE DISCLOSURE** |

The undersigned, counsel of record for Spectocor, LLC and AMI Monitoring, Inc. submits this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

Defendant Spectocor, LLC is a Texas limited liability corporation and is privately held by Joseph H. Bogdan, a resident and citizen of the State of Texas.

Defendant AMI Monitoring, Inc. is a Texas corporation and is privately held.

Dated: November 23, 2016            **BURKE, WILLIAMS & SORENSEN, LLP**
                                     J. Leah Castella


By:  */s/ J. Leah Castella*
     *[signing attorney]*
     Attorneys for Defendants
     SPECTOCOR, LLC and AMI MONITORING, INC.