1  BRET R ROSSI, State Bar No. 114569
   *brossi@kmtg.com*
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, California 95814
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorney for Quest Media & Supplies, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 QUEST MEDIA & SUPPLIES, INC., a       Case No. 2-16-cv-02759-WBS-KJN
   California corporation,
12                                        **NOTICE OF SETTLEMENT**
                  Plaintiff,
13                                        Complaint Filed: October 13, 2016
          v.
14                                        **(Diversity)**
   AMI MONITORING, INC. dba
15 SPECTOCOR, SPECTOCOR LLC, and
   DOES 1-20,
16
                  Defendants.
17

18 TO THE COURT, PARTIES, AND THEIR ATTORNEYS:

19        **PLEASE TAKE NOTICE** that Plaintiff Quest Media & Supplies, Inc. and Defendants

20 AMI Monitoring, Inc. dba Spectocor and Spectocor LLC, have agreed to settle the above-entitled

21 matter in its entirety.  The parties have finalized a settlement agreement and are working on

22 finalizing dismissal papers pursuant to Federal Rule of Civil Procedure 41(a)(1).  Dismissal papers

23 will be filed within 21 days of this Notice per Local Rule 160(b), unless good cause is shown for

24 an extension.  Plaintiff thus requests that the Court take off calendar all future hearing dates in this

25 / / /

26 / / /

27 / / /

28 / / /

1526573.1
                                    1
                            Notice of Settlement

1 | matter.

2 | Dated: January 9, 2017					Respectfully submitted,

3 | 								KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
4 | 								A Professional Corporation

6 | 							By:	_____/s/ Bret R. Rossi_____
7 | 									Bret R. Rossi
								Attorney for Quest Media & Supplies, Inc.

1526573.1

2

Notice of Settlement