J. Sean Lemoine (Texas SBN 240274431)
E-mail:  sean.lemoine@wickphillips.co,
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Ave. Suite 100
Dallas, TX 75204
Tel: 21.692.6200    Fax: 214.692.6250

J. Leah Castella (CA SBN 205990)
E-mail: lcastella@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants
SPECTOCOR, LLC AND
AMI MONITORING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEST MEDIA & SUPPLIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMI MONITORING, INC. dba SPECTOCOR; SPECTOCOR LLC; and DOES 1 TO 20,<br><br>Defendants. | **Case No.** 2:16-cv-02759-WBS-KJN<br><br>**DEFENDANT AMI MONITORING, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[Fed. R. Civ. P. Rule 12 (b)(6)]**<br><br>Judge:    Hon. William B. Shubb<br><br>Date:     February 6, 2017<br>Time:     1:30 p.m.<br>Location: Courtroom 5, 14th Floor<br><br>Action Filed: October 13, 2016<br>Removed: November 21, 2016 |

**TO ALL OTHER PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant AMI Monitoring, Inc. ("AMI") hereby withdraws its Motion to Dismiss Plaintiff's Complaint, which is set for hearing on February 6, 2017, at 1:30 p.m. in Courtroom 5 of the above-entitled Court, located at 501 I Street, 14th Floor, Sacramento, California 95814.

Dated: January 9, 2017         WICK PHILLIPS GOULD & MARTIN, LLP

By: *s/ J. Sean Lemoine*
J. Sean Lemoine
Attorneys for Defendant
AMI Monitoring, Inc. and SPECTOCOR, LLC

BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ J. Leah Castella*
J. Leah Castella
Attorneys for Defendant
AMI Monitoring, Inc. and SPECTOCOR, LLC