BRET R ROSSI, State Bar No. 114569
*brossi@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorney for Quest Media & Supplies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEST MEDIA & SUPPLIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMI MONITORING, INC. dba SPECTOCOR, SPECTOCOR LLC, and DOES 1-20,<br><br>Defendants. | Case No. 2-16-cv-02759-WBS-KJN<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: October 13, 2016<br><br>**(Diversity)** |

TO THE COURT, PARTIES, AND THEIR ATTORNEYS:

    IT IS HEREBY STIPULATED by and between Plaintiff Quest Media & Supplies, Inc. and Defendants AMI Monitoring, Inc., dba Spectocor and Spectocor, LLC, through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the parties agree this action is dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1526580.2

1

Stipulation of Dismissal

1 | Defendants.  Each party is to bear its own fees and costs.

2 | Dated: January 9, 2017         KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3 |                                A Professional Corporation
4 |
5 |                                By: /s/ Bret R Rossi
6 |                                    Bret R Rossi
7 |                                    Attorney for Plaintiff QUEST MEDIA &
                                       SUPPLIES, INC.

8 | Dated: January 9, 2017         BURKE, WILLIAMS & SORENSEN, LLP
9 |
10|                                By: /s/ J. Leah Castella
11|                                    J. Leah Castella
12|                                    Attorneys for Defendant AMI MONITORING,
                                       INC. dba SPECTOCOR and SPECTOCOR LLC.

1526580.2

2

Stipulation of Dismissal